IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PETRA FEARS**                                                                                **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 1:07cv40-SA-JAD**

**LEGGETT & PLATT, INC., et al.**                                      **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by Plaintiff Petra Fears and Defendants Leggett & Platt, Inc, d/b/a Tupelo Fiber, Gary Pace, Bill Branigan and Richard Pate and as further evidenced by the signatures below of their duly authorized counsel of record, the Court holds that Plaintiff's claims should be dismissed in their entirety with prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's claims are dismissed in their entirety with prejudice.

**SO ORDERED**, this the10th day of December, 2007

                                                     _/s/ Sharion Aycock_
                                           **UNITED STATES DISTRICT COURT JUDGE**

**APPROVED AS TO FORM AND CONTENT:**

_/s/    Ronnie Lee Woodruff_
RONNIE LEE WOODRUFF

_/s/    Mark Fijman_

THOMAS SILER (MSB NO. 6791)
MARK FIJMAN ((MSB NO. 99153)